JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE ANTOINE REED,<br>　　　　　Plaintiff,<br>　　v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　Defendant. | NO. EDCV 20-0148-GW (KS)<br><br>JUDGMENT |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 26, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1